SAM B. HORSFALL, Respondent, *v.* KENNETH N. WOODWARD, Appellant.

(Argued October 25, 1928; decided November 27, 1928.)

*Ralph M. Arkush* for appellant.
*Thomas F. Compton* for respondent.

 no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.